IN THE UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF ALABAMA
NORTHERN DIVISON

IN RE:

| | | |
|---|---|---|
| Wanda Brown, | ) | |
| SSN: XXX-XX-7896, | ) | |
| | ) | CASE NO.: 21-82163-CRJ-13 |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| _____ | ) | |
| | ) | |
| Wanda Brown, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | AP NO.: |
| | ) | |
| Vinebrook Homes LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ADVERSARY PROCEEDING

COMES NOW the Plaintiff, Wanda Brown, and alleges as follows:

## FACTS

1. The Plaintiff, Mrs. Brown, is the Debtor in the above-referenced Chapter 13 bankruptcy case. This case was commenced on April 12, 2021.

2. VineBrook Homes LLC (hereinafter "VineBrook Homes") is a real estate company specializing in acquiring, renovating and leasing single family homes.

3. Mrs. Brown originally listed in the bankruptcy schedules a debt to VineBrook Homes for arrearage on her rent. Notice of the filing was provided to VineBrook Homes at its place of business.

4. Since the filing of the case, Ms. Brown has remained current with her motly rental payments to VineBrook Homes.

5. Commencing after the filing of the chapter 13 case, VineBrook Homes has been sending text and email correspondence and posting notices on Ms. Brown's door,

1

demanding payment on the debt included in the bankruptcy. VineBrook Homes has made threats that if the debt is not paid, in full, she will be evicted from the property

## COUNT I
### Violation of the Automatic Stay

6. The allegations contained in the proceeding paragraphs are incorporated herein by reference.

7. Vinebrook Homes has notice of the commencement of the case. Despite having notice of the commencement of the case, Vinebrook Homes has continued to contact the Debtor demanding payment. Vinebrook Homes has willfully violated the automatic stay in place in this case.

8. Plaintiff seeks compensatory and punitive damages, including attorney' fees and costs incurred in connection with the prosecution of this adversary proceeding.

WHEREFORE, THE ABOVE PREMISES CONSIDERED, Plaintiff seeks an award against Vinebrook Homes for compensatory and punitive damages, including attorney's fees and costs incurred in the prosecution of this adversary proceeding, and whatever other and further relief that the Court deems appropriate.

Dated the 8th day of March, 2022.

Respectfully submitted,

*s/ Melissa W. Larsen*
Melissa W. Larsen
Attorney for Debtor/Plaintiff

OF COUNSEL:
Melissa Wimberley Law, PC
521 Madison St., Ste 201
Huntsville, AL 35801
256-970-4217
Melissa@melissalegal.com